FILED

APR 1 8 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| ANGEL OROZCO NUNEZ,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>L.S. MCEWEN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-1423-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 16, 2012

_Gary Feess_

Gary A. Feess
United States District Judge

1