**FILED** APR 18 2012 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT APR 18 2012 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANGEL OROZCO NUNEZ,<br><br>    Petitioner,<br><br>    v.<br><br>L.S. MCEWEN, Warden,<br><br>    Respondent. | Case No. EDCV 11-1423-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 16, 2012

*Gary Feess*
Gary A. Feess
United States District Judge